IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNY ANDERSON,
    Petitioner,

vs.                                      Case No.:  3:04cv78/RS/EMT

JAMES R. McDONOUGH,[1]
    Respondent.
_____/

## REPORT AND RECOMMENDATION

       This matter is before the court on Petitioner's motion to dismiss his habeas petition filed pursuant to 28 U.S.C. § 2254 (Doc. 33).  Petitioner requests dismissal of this habeas action without prejudice to his refiling at a future time.  As grounds for dismissal, Petitioner states he has not exhausted his state court remedies with respect to his claims (*id.* at 2).

       Because Respondent has served an answer in the instant case, this action may not be dismissed at Petitioner's instance except by order of the court.  Fed. R. Civ. P. 41(a)(2).  In light of Petitioner's desire to dismiss his petition, this Court concludes dismissal is appropriate.  However, Petitioner should be aware of 28 U.S.C. § 2244(d), which establishes a one year period of limitation for applications for writs of habeas corpus challenging state court judgments.  The one year period normally runs from date upon which the conviction became final, *see* § 2244(d)(1), but the time during which a "properly filed" application for state post-conviction or other collateral review is pending is not counted.  *See* § 2244(d)(2); Artuz v. Bennett, 531 U.S. 4, 121 S.Ct. 361, 148 L.Ed.2d 213 (2000).  Additionally, Petitioner is advised that the pendency of the instant federal habeas action does not toll the one year limitations period set forth in 28 U.S.C. § 2244(d)(1).  *See* Duncan v.

---

[1] James R. McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  See Fed. R. Civ. P. 25(d)(1).

Walker, 533 U.S. 167, 181, 121 S.Ct. 2120, 150 L.Ed.2d 251 (2001) (construing 28 U.S.C. § 2244(d)(2)).

Accordingly, it is respectfully **RECOMMENDED**:

1. That Petitioner's motion to dismiss (Doc. 33) be **GRANTED**.

2. That this action be dismissed without prejudice.

At Pensacola, Florida, this 9th day of May 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**