IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNY ANDERSON,

    Petitioner,

vs.                                CASE NO. 3:04cv78/RS/EMT

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 34). Plaintiff has filed no objections or other response.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss (Document 33) is granted.

3. This action is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on June 7, 2006.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**